Pro Se 14 (INND Rev. 2/20)                                      page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**- FILED -**

MAY 07 2026

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Lonnie Dean Tolliver

*[You are the PLAINTIFF, print your full name on this line.]*

v.

Sgt Appallonia

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number ___3:26-cv-618___

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* <br> Sgt Appallonia "Officer" | Cass County Jail <br> 321 M 62 <br> Cassopolis, MI. 49031 |
| 2 | *[Put the names of any other defendants in these boxes.]* <br> Officer Jackson "Officer" | Cass County Jail <br> 321 M 62 <br> Cassopolis, MI. 49031 |
| 3 | Officer Strom "Officer" | Cass County Jail <br> 321 M 62 <br> Cassopolis MI. 49031 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ___3___

2. What is the name and address of your prison or jail? ___Elkhart County Jail___

3. Did the event you are suing about happen there? ◯ Yes. ⊘ No, it happened at: ___
___Cassopolis County Jail, Michigan___

4. On what date did this event occur? ___12/14/2025___

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 12/9/2025 I was booked into the Cass County Jail in Cassopolis Michigan for a warrant out of Elkhart, Indiana. During my booking intake by Officer Lebeda I advised him that I have very bad seizures with a history dating back 10 yrs from serious head trama, I advised him that I recently had one in Elkhart, Indiana at my sisters house and she had to call 911 beause it was a really bad one. Off Lebeda asked me if I was on medication at the time and I told him no but I was suppose to be. Off. Lebeda then asked me if I was withdrawling from anything and I advised him that I was in fact having withdrawl symptoms from opiates. He then asked me if I was on the MAP program and I told him "no" not at that time. He documented all this in my intake process and I was placed in a holding tank awaiting to be transfered to a proper housing unit.

2. Later that day I was classified and moved by Sgt. Appallonia and Officer Jackson to "C" block cell 1440 I believe, which is a lower teir and was asigned to a lower bunk upon arriving at my cell location the escorting Officers, Sgt Appallonia and Officer

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

Jackson then seen the cell was locked down because it was under repair for plumming issues. Once they seen this the two officers then asked the inmates housed in "C" block if anyone was willing to let me bunk in there cell and all the inmates refused so they told the inmates if someone didn't pick then the two officers "Sgt Appallonia and Officer Jackson would pick a cell to put me in.

3. No one agreeded to accept me as there bunkie so they then picked a top teir, top bunk to house me in. I then explained to Sgt Appallonia and Officer Jackson that I have very bad seizures and couldn't be housed on a top teir or top bunk but they refused to take me back to booking and reassign me to another location. They told me I'd have to just deal with it.

4. I also tried to pled my situation with Officer Strom and he also refused to look into the issue or advise his supervisor of this "very dangerous" situation as I described it to him. He told me to address this issue on the Kiosk but because they moved my cell location and didn't change it on the computer I was unable to write classification or medical because I could not log into the Kiosk or tablets provided to inmates. After 4 days my cell location was updated which was 12/13/2025 and I was able to log into the Kiosk. At around 1:30 p.m I messaged medical and advised them of the situation about needing seizure medication and told every officer that entered "C" block I was feeling very bad and

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)                                                                                     page 4

Claims and Facts (continued)

felt like I was going to have a seizure.

5. Later that night when they passed medication there still was no meds for me and medical failed to reply to my request. So I wrote medical once again explaining my situation and went to lay in my bunk. Sometime that morning of 12/14/2025 around or between the hours of 1:00 A.M. or 2:00 A.M. I had a very bad seizure and fell out of the top bunk and busted my head open causing a laceration to the left side of my head which required mulitpal stitches and lower back and hip pain from the fall. I was rushed to Lakeland Hospital in Niles, Michigan from having a very bad seizure which also resulted my blood pressure levels of 151/97 which was categorized as "Hypertension", which put me at risk for a heart attack, stroke or even kidney failure which this all could have been avoided had Sgt Appallonia and Officer Jackson taken me back to booking and reclassified or reassigned me to another cell on a lower teir, lower bunk and or Officer Strom reported the situation to his supervisor.

6. These Officers intentionally refused to do the proper protocal and put my health and life at risk. They knew exactly what they was doing by putting me on that upper teir top bunk and still did it.

7. I still suffer headaches and numbness in my left hip, left side of my back and leg from the fall. See documents from the hospital labeled Document "A" pages 1-10 as provided by the Lakeland Hospital Niles, Michigan. The officers also didnt put me on a proper withdrawl protacal with or notifi medical.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                                page **5**

5. When did this event happen?

    ◯ Before I was confined.

    ◯ While I was confined awaiting trial.

    ◯ After I was convicted while confined serving the sentence.

    ⊘ Other: _While I was confined awaiting extradition_

6. Have you ever sued anyone for this exact same event?

    ⊘ No.

    ◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court,
          case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

    ◯ No, this event is not grievable at this prison or jail.

    ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.

    ⊘ Yes, this event was grievable, but I did not file a grievance because _I was_
_transfered to Elkhart, Indiana the very next_
_day on 12/15/2025 and did "Not" have access_
_to any grievance forms because I was extradited._

8. If you win this case, what do you want the court to order the defendant(s) to do?

    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_Pay me for pain and suffering in the amount_
_of $10,000 and $10,000 for punitive damages._
_Also see that the Cass County Jail follows proper_
_classification process for all inmates with_
_medical issues in the future._

[<u>*Initial Each Statement*</u>]

  **LT**  I will pre-pay the filing fee <u>OR</u> file a prisoner motion to proceed in forma pauperis.

  **LT**  I will keep a copy of this complaint for my records.

  **LT**  I will promptly notify the court of any change of address.

  **LT**  I <u>WILL NOT</u> send more than one copy of any filing to the court.

  **LT**  I <u>WILL NOT</u> send summons, USM-285, or waiver forms to the clerk.

  **LT**  I declare <u>**under penalty of perjury**</u> that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_ / _4_ /20 _26_ at _6:00_ am/pm.

[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

Signature                                                                        Prisoner Number
                                                   52661

[<u>*DO NOT*</u> *write in the margins or on the back of any pages. Attach additional pages if necessary.*]